UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ALMA and BENNY VILLARREAL, husband and wife,

Plaintiffs,

vs.

INLAND EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST ("IEEW"); IEEW BOARD OF TRUSTEES; AETNA INSURANCE COMPANY; REHN AND ASSOCIATES; DAVID KIMMET; KRISTEN KNOX; and JOHN DOES NOS. 1-20,

Defendants.

No. 1:16-cv-03114-SAB

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS AND GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**

On June 21, 2016, Defendants filed a Fed. R. Civ. P. 12(b)(6) Motion to Dismiss for Failure to State a Claim, ECF No. 4. The motion to dismiss is based on the argument that Plaintiffs' claims for benefits under a health insurance plan are preempted by federal law. Plaintiffs concede that the Employee Retirement Income Security Act ("ERISA"), 28 U.S.C. § 1001 *et seq.*, preempts their claims, as the plan in question is governed by ERISA and their claims derive from the plan.

Plaintiffs are correct, however, that any dismissal is limited to preempted state law claims, and that an ERISA claim may be set forth in a new complaint. Therefore the Court **grants** the motion to dismiss only as far as preempted state law claims are concerned. Plaintiffs are otherwise granted leave to file their proposed amended complaint.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion to Dismiss for Failure to State a Claim, ECF No. 4, is **GRANTED IN PART AND DENIED IN PART**. Preempted state law claims are **dismissed**. However, any appropriate ERISA claims, and their factual bases, may be pleaded in an amended complaint.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 19th day of August, 2016.



Stanley A. Bastian
United States District Judge