UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALMA and BENNY VILLARREAL, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>INLAND EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST ("IEEW"); IEEW BOARD OF TRUSTEES; AETNA INSURANCE COMPANY; REHN AND ASSOCIATES; DAVID KIMMET; KRISTEN KNOX; and JOHN DOES NOS. 1-20,<br><br>Defendants. | No. 1:16-cv-3114-SAB<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO PARTIALLY DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6) AND MOTION TO STRIKE PURSUANT TO FRCP 12(f)** |

THIS MATTER came before the Court on Defendants' Motion to partially Dismiss Plaintiffs' first Amended Complaint for Failure to State a Claim Pursuant to FRCP 12(b)(6), and Motion to Strike Pursuant to FRCP 12(f). The Court, being

ORDER PARTIALLY DISMISSING FIRST AMENDED COMPLAINT - 1

1  familiar with the files and records herein and having reviewed the following
2  documents:

3  1.   Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Failure
4  to State a Claim Pursuant to FRCP 12(b)(6) and Motion to Strike Pursuant to
5  FRCP 12(f);

6  2.   Plaintiffs' concession, through their counsel, that they have no objection to
7  the Defendants' proposed order, save and except the dismissal *with prejudice* of
8  Defendant Aetna (concerning its duty to review whether the services are medically
9  necessary), as stated in the declaration of Attorney J.J. Sandlin;

10     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
11 (1)   All claims against Rehn Associates, and individual defendants David
12 Kimmet, Kristen Knox and Jane Does Nos. 1-20 are dismissed with prejudice; all
13 claims against Aetna are dismissed without prejudice;
14 (2)   The following causes of action are dismissed with prejudice against all
15 Defendants for failure to state a claim: 29 U.S.C. §1102; 29 U.S.C. §1105(a); 29
16 U.S.C. §1109; 29 U.S.C. §1131;
17 (3)   The remaining cause of action 29 U.S.C. §1132(a)(1)(B) is only asserted
18 against IEEW Trust and Trustees, and
19
20

ORDER PARTIALLY DISMISSING FIRST AMENDED COMPLAINT - 2

(4) Defendants' Motion to Strike exemplary and extra-contractual damages, including for general and specific damages, consequential damages, loss of consortium, and personal injury are stricken.

**DATED** this 8th day of December, 2016.



Stanley A. Bastian
United States District Judge

ORDER PARTIALLY DISMISSING FIRST AMENDED COMPLAINT - 3