# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ALMA VILLARREAL and BENNY VILLARREAL, husband and wife, <br> *Plaintiff* <br> v. <br> INLAND EMPIRE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST ("IEEW"), et al., <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 1:16-CV-3114-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Judgment (ECF No. 29) is DENIED. The decision of the Trust is REVERSED and remanded for the immediate award of benefits. Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on a Motion for Judgment (ECF No. 29).

Date: June 16, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb